AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jeffrey A. Royer

AUSA: Trevor Broad   Telephone: (313) 226-9100
Special Agent: Kimberly Coombs   Telephone: (313) 965-2323

Case: 2:24-cr-20565
Assigned To : Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 10/3/2024

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Jeffrey A. Royer,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1348, *Commodities Fraud*
18 U.S.C. § 1343, *Wire Fraud*

Date: OCT 03 2024

M. Sylvester
*Issuing officer's signature*

Monica Sylvester   DEPUTY CLERK
*Printed name and title*

City and state: DETROIT, MICHIGAN

### Return

This warrant was received on (date) 10/3/24, and the person was arrested on (date) 10/17/24
at (city and state) Montrose, Colorado.

Date: 10/17/24

*Arresting officer's signature*

Randy Watts, Special Agent
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA